IH-32	Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

THE GREEN PET SHOP ENTERPRISES, LLC

**Plaintiff**

vs.

EUROPEAN HOME DESIGN, LLC

**Defendant**

**Case Number**

1:17-cv-6238

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

THE GREEN PET SHOP ENTERPRISES, LLC

**Plaintiff**

vs.

UNIQUE PETZ, INC.

**Defendant**

**Case Number**

1:17-cv-6236

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Both cases are newly initiated.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The plaintiff in both cases is the same and the plaintiff's sole claims are patent infringement of the same two patents by similar types of products.

Signature: /s/ Kenneth M. Bernstein          Date: August 17, 2017

Kenneth M. Bernstein, Esq.

Firm: _____