UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE GREEN PET SHOP,

                Plaintiff(s),

            **NOTICE OF COURT CONFERENCE**

    -against-

EUROPEAN HOME DESIGN,                         17 civ 6238 (JGK)

                Defendant(s).
-----------------------------------------------------------X

To All Parties,

       You are directed to appear for a pretrial conference, to be held on **Wednesday, October 25, 2017,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                       **Don Fletcher**
                                                **Courtroom Case Manager**

Dated: New York, New York
         September 11, 2017