IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE GREEN PET SHOP ENTERPRISES, LLC,

        Plaintiff,

v.

                                      Civil Action No. 1:17-cv-6238

EUROPEAN HOME DESIGN, LLC,

        Defendant.

**DEFENDANT EUROPEAN HOME DESIGN, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In Compliance with Fed. R. Civ. P. 7.1, this Corporate Disclosure Statement is filed on behalf of Defendant, European Home Design, LLC. European Home Design, LLC is not publicly traded, has no parent corporation, and no publicly held company owns 10 percent or more of European Home Design, LLC's stock.

Dated: November 15, 2017        Respectfully submitted,

                                      *S/ Paul J. Linden*
                                    Morris Missry, Esq.
                                    David Yeger, Esq.
                                    WACHTEL MISSRY LLP
                                    One Dag Hammarskjold Plaza
                                    885 Second Avenue
                                    New York, New York 10017
                                    886-526-2877 (Telephone)
                                    212-371-0320 (Facsimile)
                                    missry@wmllp.com
                                    dyeger@wmllp.com

                                    Paul J. Linden (*admitted pro hac vice*)
                                    Timothy D. Ardizzone (*admitted pro hac vice*)
                                    Jonathan M. Siderits (*admitted pro hac vice*)

WOOD, HERRON & EVANS, LLP
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
513-241-2324 (Telephone)
513-241-6234 (Facsimile)
plinden@whe-law.com
tardizzone@whe-law.com
jsiderits@whe-law.com

Attorneys for Defendant
European Home Design, LLC

2

**CERTIFICATE OF SERVICE**

I certify that, on November 15, 2017, I caused a copy of the foregoing to be filed electronically with the Court. Notice of this filing will be sent to the parties and counsel in the Court's electronic filing system. Parties may access this filing through the Court's system.

    _S/ Paul J. Linden_
Paul J. Linden (*admitted pro hac vice*)
WOOD, HERRON & EVANS, LLP
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
513-241-2324 (Telephone)
513-241-6234 (Facsimile)
plinden@whe-law.com

Attorneys for Defendant
European Home Design, LLC