**CARLSON, GASKEY & OLDS**
A PROFESSIONAL CORPORATION

David L. Atallah
Todd W. Barrett
Timothy C. Bradley
Brian B. Brown
Stephen A. Burch
Karin H. Butchko
John E. Carlson
Anthony P. Cho
Benjamin J. Coon
David J. Gaskey
William S. Gottschalk

400 WEST MAPLE ROAD
SUITE 350
BIRMINGHAM, MI 48009

Quincy J. Harrison
Matthew L. Koziarz
Kerrie A. Laba
Timothy J. Murphy
Theodore W. Olds, III
Stephen A. Sequin
John M. Siragusa
Steven Susser
Alex Szypa
Brian S. Tobin
Jessica Zilberberg

Telephone 248.988.8360
Facsimile 248.988.8363

April 18, 2019

Direct Dial: 248.283.0734
Email: ssusser@cgolaw.com

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   The Green Pet Shop Enterprises, LLC v. European Home Design, LLC
      Case No. 1:17-cv-06238-JMF
      <u>Joint Status Letter re Settlement Pursuant to Docket No. 85</u>

Dear Judge Furman,

In its April 1, 2019 Scheduling Order [Dkt. 85], the Court ordered that the parties meet and confer regarding settlement and submit a joint status letter to the Court by April 18, 2019.

The parties, through counsel, have met and conferred regarding settlement. They have discussed settlement options and are in the process of discussing these options with their clients. They have agreed to continue to explore the possibility of settlement through the expert discovery period, which ends July 26, 2019.

April 18, 2019
Hon. Jesse M. Furman
1:17-cv-06238-JMF
Page 2 of 2

      If the parties have not reached a settlement by the close of expert discovery, the principals of the parties will meet in person for at least one hour between the close of expert discovery and the submission of dispositive motions, which is scheduled to take place 30 days after the close of expert discovery. The parties may also seek a referral to the Magistrate Judge for mediation at that time.

      The parties believe that by timing the settlement meeting and potential mediation to take place after the close of expert discovery, they are increasing the chances of the parties reaching an accord.

                              Very Truly Yours,

                              Steven Susser
                              Carlson, Gaskey & Olds, P.C.