
## WOOD HERRON & EVANS LLP
### intellectual property law



| | | | |
|---|---|---|---|
| Clement H. Luken, Jr. | P. Andrew Blatt, Ph.D. | Steven W. Benintendi, Ph.D. | Bruce Tittel * |
| Thomas J. Burger | David E. Jefferies | Charles H. Brown III | David J. Josephic * |
| Gregory F. Ahrens | J. Dwight Poffenberger, Jr. | Kevin E. Kuehn | David S. Stallard * |
| Wayne L. Jacobs | John Paul Davis | David A. Fitzgerald II | J. Robert Chambers * |
| Kurt A. Summe | Brett A. Schatz | Paul J. Linden | Kenneth B. Germain * |
| Keith R. Haupt | Sarah Otte Graber | Sean K. Owens | Michael G. Frey * |
| Theodore R. Remaklus | Randall S. Jackson, Jr. | W. Scott Gaines | Jorge L. Tameron ± |
| Thomas W. Humphrey | Stephen E. Gillen | Jonathan M. Siderits | |
| David H. Brinkman | Lori Krafte | John H. Bieber⁺ | * Of Counsel |
| Kathryn E. Smith | Glenn D. Bellamy | Charles D. Pfister | ± Technical Advisor |
| | | | ⁺ Licensed in IN Only |

E-MAIL:PLINDEN@WHE-LAW.COM

May 28, 2019

VIA ECF

Hon. Jesse M. Furman, USDJ
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   The Green Pet Shop Enterprises, LLC v. European Home Design, LLC
      Case No. 1:17-cv-06238-JMF
      Letter Motion to Hold Deadlines In Abeyance Pending Settlement & Dismissal

Dear Judge Furman,

The parties in the above-referenced case are pleased to inform the Court that they have reached a settlement in principle. Accordingly, the parties jointly request that the Court hold in abeyance all deadlines imposed by the Court's April 1, 2019 Scheduling Order (Dkt. 85) for two weeks so that the parties may prepare and execute the necessary settlement documentation.

                                                Respectfully submitted,

                                                *s/Paul J. Linden*
                                                Paul J. Linden, Esq. (pro hac vice)
                                                Attorney for Defendant
                                                European Home Design LLC

cc:   David Yeger, Esq.
      Steven C. Susser, Esq.
      Robert J. Rando, Esq.

2700 Carew Tower | 441 Vine Street | Cincinnati, Ohio 45202-2917 | Phone: 513-241-2324 | Fax: 513-241-6234 | www.whe-law.com
Edmund P. Wood: 1923–1968 | Truman A. Herron: 1935–1976 | Edward B. Evans: 1936–1971